**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 28, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00030-CV

**BANK OF HOUSTON, Appellant**

**V.**

**ALLOY TUBES AND METALS INTERNATIONAL, INC., Appellee**

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-48313**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 8, 2013.  On January 17, 2014, the parties filed a joint motion to dismiss the appeal.  *See* Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.